```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28096
    CHARLIE M BANKS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4023


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/15/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           7875.00       932.42        7875.00
HSBC AUTO FINANCE          UNSECURED         9123.48          .00         912.35
RAMSEY LAW FIRM PC         NOTICE ONLY     NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY           695.00          .00         695.00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00             .00
BUYERS ONLINE              UNSECURED       NOT FILED          .00             .00
CAPITAL ONE                UNSECURED          560.78          .00          56.08
AT & T WIRELESS            UNSECURED       NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00             .00
COMED                      UNSECURED       NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED       NOT FILED          .00             .00
COMCAST                    NOTICE ONLY     NOT FILED          .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED          .00             .00
LOYOLA MEDICAL PLAN        NOTICE ONLY     NOT FILED          .00             .00
JEWEL FOOD STORES          UNSECURED       NOT FILED          .00             .00
JOHN SKREKO DDS            UNSECURED       NOT FILED          .00             .00
JOHN SKREKO DDS            UNSECURED       NOT FILED          .00             .00
PARK DANSAN                UNSECURED       NOT FILED          .00             .00
MCI COMMUNICATIONS         NOTICE ONLY     NOT FILED          .00             .00
PIERCE HAMILTON & STERN    UNSECURED       NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00             .00
ILLINOIS BELL              UNSECURED          868.91          .00          86.89
TCF NATIONAL BANK          UNSECURED           75.00          .00           7.50
TRU GREEN CHEM LAWN        UNSECURED       NOT FILED          .00             .00
TRS RECOVERY SVC           UNSECURED       NOT FILED          .00             .00
HSBC AUTO FINANCE          PRIORITY          440.00           .00         440.00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     205.20           .00         205.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,575.00                      2,575.00
TOM VAUGHN                 TRUSTEE                                         913.52
DEBTOR REFUND              REFUND                                          499.08


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 28096 CHARLIE M BANKS
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  15,198.04

PRIORITY                                        1,340.20
SECURED                                         7,875.00
    INTEREST                                      932.42
UNSECURED                                       1,062.82
ADMINISTRATIVE                                  2,575.00
TRUSTEE COMPENSATION                              913.52
DEBTOR REFUND                                     499.08
                       ---------------       ---------------
TOTALS                   15,198.04              15,198.04
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 02/26/09              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```